**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROBERT GUY DICKINSON,**

    **Plaintiff,**

  v.          9:11-CV-880

**SHERIFF ROGER LeCLAIRE,**
**Washington County Jail,**

    **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| ROBERT GUY DICKINSON<br>Plaintiff, *pro se* | |
| LEMIRE, JOHNSON LAW FIRM<br>P.O. Box 2485<br>2534 Route 9<br>Malta, NY 12020<br>Counsel for Defendants | Gregg T. Johnson, Esq. |

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

**ORDER**

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 17th day of December 2012.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

  ORDERED that:

  1.  The Report-Recommendation is hereby adopted in its entirety.

2. The defendant LeClaire's amended motion for summary judgment (Dkt. No. 13) is granted, and the complaint dismissed as to defendant LeClaire in his individual and official capacities, and the complaint is dismissed in its entirety as to all defendants.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: January 30, 2013
       Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge